CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 27 2022

JULIA C. DUDLEY, CLERK
BY: /s/ J Beeson    5-24-22
DEPUTY CLERK

Clerk or Representative of Court,

I, Dylan Alexander McGlothlin, have recently been transferred to Keen Mountain Correctional Center, located at 3402 Kennel Gap Rd. P.O. Box 860. Oakwood, VA 24631. Please relay all Legal Documentation to the above address.

Thank You!

Respectfully,

Dylan McGlothlin

Dylan McGlothlin #1934463
Keen Mountain Correctional Center
P.O Box 860
Oakwood, VA 24631



CHARLESTON WV 250
25 MAY 2022 PM 2 L

United States District Court
Office of The Clerk
210 Franklin Rd., RM 540
Roanoke, VA 24011

24011-000340