# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DYLAN ALEXANDER McGLOTHLIN,<br>    Plaintiff | )<br>)<br>)   Case No. 7:21CV377<br>) |
| v. | )   **VERDICT FORM**<br>) |
| TRACY MATHENA,<br>    Defendant. | )<br>)<br>) |

_____ We, the jury, find for the plaintiff in the amount of $_____.

OR

\_\_✓\_\_ We, the jury, find for the defendant.

                                          NAME REDACTED
                                          Jury Foreperson
                                          Date: 12/20/22