# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DYLAN ALEXANDER McGLOTHLIN,** | ) ) | |
| Plaintiff | ) ) | Civil Action No.: 7:21cv00377 |
| v. | ) ) | |
| | ) | **FINAL JUDGMENT IN A** |
| **TRACY MATHENA,** | ) | **CIVIL CASE** |
| Defendant | ) ) | |
| | ) | By: PAMELA MEADE SARGENT |
| | ) | United States Magistrate Judge |

This action came before the court for a trial by jury.  The issues were tried, and the jury rendered its verdict for the defendant on December 20, 2022. Therefore, it is **ORDERED AND ADJUDGED** that, in accordance with the jury verdict, judgment is granted to the defendant, Tracy Mathena.

The Clerk is directed to send a copy of this Judgment In A Civil Case to all counsel of record and unrepresented parties. The Clerk is directed to close the case and strike it from the court's active docket.

**ENTERED**: December 22, 2022.

*s/ Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

– 1 –